JACOB FINER et al., Copartners Doing Business as FINER & BACHRACH, Appellants, *v.* CHARLES T. BINGHAM et al., Copartners, Doing Business as BINGHAM & Co., Respondents.

*Contract — sale — rescission — action to recover for breach of contract of sale — defense of rescission.*

*Finer* v. *Bingham*, 220 App. Div. 665, affirmed. (Argued January 19, 1928; decided February 14, 1928.)

APPEAL from a judgment, entered July 5, 1927, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court and directing a dismissal of the complaint. The

action was buyers against sellers to recover for an alleged breach of contract of sale. The defense was rescission.

*Isidor Enselman* and *Benjamin Koenigsberg* for appellants.

*Ernest A. Bigelow* and *Harold D. Beatty* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.